Entered: June 6, 2013
Signed:  June 6, 2013

**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  12–32681 – WIL    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kimberly C. McCain
*debtor has no known aliases*
2307 Afton St.
Temple Hills, MD 20748

Social Security No.:   xxx–xx–5382

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 12/21/12.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Merrill Cohen is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *admin*

### End of Order