

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: 12–32681 – WIL   Chapter: 7

**Kimberly C. McCain**
Debtor(s)

## ORDER REOPENING CASE
## DIRECTING APPOINTMENT OF TRUSTEE

Upon consideration of the motion to reopen the above–captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010 filed by Debtor Kimberly C. McCain, cause appearing, and it appearing to the Court that a trustee is necessary to protect the interests of creditors and the Debtor(s) and to assure efficient administration of the case, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted, and the Clerk shall reopen the case; and it is further

ORDERED, that a trustee be appointed.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Theodore N. Nkwenti
      Case Trustee – Merrill Cohen
      U.S. Trustee
      All Creditors

**End of Order**

31x03 (rev. 10/02/1997) – vharper